# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-10708
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
May 6, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Carrasquillo,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CR-210-1

————————————————————

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Carlos Carrasquillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Carrasquillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

———————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10708

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

We note that during the pendency of this appeal, the district court granted Carrasquillo's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). However, it lacked jurisdiction to do so. *See United States v. Willis*, 76 F.4th 467, 472 (5th Cir. 2023). No notice of appeal or motion to remand has been filed since the order granting the motion for a sentence reduction was entered. Accordingly, we have considered only the appeal of the judgment imposing the 327-month sentence.